JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

KEVIN J. BARRY (CABN 229748)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone:    (415) 436-7200
    Facsimile:    (415) 436-7234
    Email: kevin.barry@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No.: 10-0276 SI |
|     Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161** |
| JUAN DELEON AVILA, | |
|     Defendant. | |

      On April 30, 2010, the parties in this case appeared before the Court for the defendant's initial appearance in federal district court on an indictment. At that time, the Court set a further status hearing for May 14, 2010 at 11:00 a.m. The parties agreed to exclude the period of time between April 30, 2010 and May 14, 2010 from any time limits applicable under 18 U.S.C. § 3161. The parties represented that granting the exclusion would allow the reasonable time necessary for effective preparation of counsel, including review of recently produced discovery. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such an exclusion of time outweigh the best interests of the public and the defendant in

1  a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  At the hearing, the Court made findings consistent
2  with this agreement.

4  SO STIPULATED:

                                             JOSEPH P. RUSSONIELLO
                                             United States Attorney

8  DATED: April 30, 2010                     _____/s/_____
                                             KEVIN J. BARRY
                                             Assistant United States Attorney

11 DATED: April 30, 2010                     _____/s/_____
                                             JODI A. LINKER
                                             Attorney for JUAN DELEON AVILA

                              [PROPOSED] ORDER

   For the reasons stated above and at the April 30, 2010 hearing, the Court finds that the exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from April 30, 2010 through May 14, 2010 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §3161(h)(7)(A).  The failure to grant the requested exclusion of time would deny counsel for the defendant and for the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  18 U.S.C. §3161(h)(7)(B)(iv).

   IT IS SO ORDERED.

   DATED:_____
                                             _____
                                             THE HONORABLE SUSAN ILLSTON
                                             United States District Judge

# EXHIBIT A

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  KEVIN J. BARRY (CABN 229748)
   Assistant United States Attorney
5      450 Golden Gate Avenue, Box 36055
       San Francisco, California  94102
6      Telephone:     (415) 436-7200
       Facsimile:     (415) 436-7234
7      Email: kevin.barry@usdoj.gov

8  Attorneys for Plaintiff

9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                          SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,         )    CR No.: 10-0276 SI
14                                   )
            Plaintiff,                )
15                                   )    STIPULATION AND [PROPOSED] ORDER
        v.                           )    EXCLUDING TIME UNDER 18 U.S.C. §
16                                   )    3161
   JUAN DELEON AVILA,                )
17                                   )
                                     )    **ATTESTATION OF FILER**
18          Defendant.                )
   _____   )
19

20      In addition to myself, the other signatory to this document is Jodi Linker.  I hereby attest

21  that I have obtained her permission to file this document with her conformed signature.

22
   DATED: April 30, 2010                          /s/   Kevin J. Barry
23
                                              KEVIN J. BARRY (CABN 229748)
24                                            Assistant United States Attorney
                                              450 Golden Gate Avenue, Box 36055
25                                            San Francisco, California  94102
                                              Telephone:     (415) 436-7200
26                                            Facsimile:     (415) 436-7234
                                              Email: kevin.barry@usdoj.gov
27

28

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME / ATTESTATION OF FILER
CR 10-0276 SI                                                                                  1